■ RUSSELL YOUKER, Respondent, et al., Plaintiff, v VILLAGE OF DOLGEVILLE et al., Appellants, et al., Defendants. (Action No. 1.) VILLAGE OF DOLGEVILLE, Plaintiff, v THE NEW YORK MUNICIPAL INSURANCE RECIPROCAL, Defendant. (Action No. 2.) (Appeal No. 2.) [939 NYS2d 909]—Appeal from an order of the Supreme Court, Herkimer County (Anthony F. Shaheen, J.), entered November 18, 2010. The order granted in part the motion of plaintiff-respondent for reargument.

Now, upon reading and filing the stipulation of withdrawal signed by the attorneys for the parties on February 3, 26 and 29, 2012 and March 5 and 7, 2012,

It is hereby ordered that said appeal is dismissed without costs upon stipulation.

All concur except Gorski, J., who is not participating. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.